**BRAGAR EAGEL & SQUIRE, P.C.**
Melissa A. Fortunato
Marion C. Passmore
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 568-2124
Facsimile: (212) 214-0506
fortunato@bespc.com
passmore@bespc.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE IOVANCE BIOTHERAPEUTICS, INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Lead Case No. 3:25-cv-04740-EKL<br><br>(Consolidated)<br><br>Judge Eumi K. Lee<br><br>**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED DERIVATIVE ACTION** |
| JONATHAN BITTON, Derivatively on Behalf of Nominal Defendant IOVANCE BIOTHERAPEUTICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JEAN-MARC BELLEMIN, IGOR P. BILINSKY, ATHENA COUNTOURIOTIS, IAIN DUKES, DANIEL G. KIRBY, RYAN MAYNARD, WAYNE ROTHBAUM, FREDERICK G. VOGT, MICHAEL WEISER, and WENDY L. YARNO,<br><br>Defendants,<br>and<br><br>IOVANCE BIOTHERAPEUTICS, INC.,<br><br>Nominal Defendant. | Case No. 5:25-cv-09701-EKL<br><br>Judge Eumi K. Lee |

WHEREAS, on November 11, 2025, plaintiff Jonathan Bitton ("Bitton") filed a Verified Stockholder Derivative Complaint in this Court on behalf of nominal defendant Iovance Biotherapeutics, Inc. ("Iovance" or the "Company") against certain directors and officers of Iovance (together with Iovance, "Defendants") captioned *Bitton v. Bellemin et al.*, Case No. 5:25-cv-09701-EKL (the "*Bitton* Action");

WHEREAS, pending before this Court is a consolidated derivative action brought on behalf of Iovance captioned *In re Iovance Biotherapeutics Inc. Derivative Litigation*, Case No. 5:25-cv-04740-EKL (the "Consolidated Action");

WHEREAS, in its December 15, 2025 order establishing the Consolidated Action (the "Consolidation Order"), the Court directed that when a case that should be consolidated with the Consolidated Action is filed in this District, the parties "shall file an administrative motion to consider whether that case should be related pursuant to Civil L.R. 3-12" (Consolidated Action, Dkt. No. 26 at ¶ 11);

WHEREAS, on January 22, 2026, plaintiffs Lawrence Hollin ("Hollin"), Samhita Gera ("Gera"), and Denish Bhavsar ("Bhavsar") in the Consolidated Action and Plaintiff Bitton (collectively, with Hollin, Gera, and Bhavsar, "Plaintiffs") filed an Unopposed Administrative Motion requesting that the Court relate the *Bitton* Action to the Consolidated Action and reassign the *Bitton* Action to the Honorable Eumi K. Lee (*Bitton* Action, Dkt. No. 13; Consolidated Action, Dkt. No. 27);

WHEREAS, on January 28, 2026, the Court entered an order finding that the *Bitton* Action was related to the Consolidated Action and reassigning the *Bitton* Action to the Honorable Eumi K. Lee (*Bitton* Action, Dkt. No. 14; Consolidated Action, Dkt. No. 28);

WHEREAS, the Parties[1] agree that the Consolidated Action and the *Bitton* Action challenge substantially similar alleged conduct and involve overlapping questions of law and fact, and that the administration of justice would best be served by consolidating the *Bitton* Action into the Consolidated Action;

WHEREAS, the Parties therefore respectfully submit that the *Bitton* Action be consolidated

---

[1] Plaintiffs and Defendants, taken together, are referred to herein as the "Parties."

into the Consolidated Action pursuant to Federal Rule of Civil Procedure 42(a); and

WHEREAS, this stipulation is not a waiver of any of the Parties' rights, remedies, claims, or defenses.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties hereto, through their undersigned counsel, and subject to the approval of the Court, as follows:

1. The *Bitton* Action shall be consolidated into the Consolidated Action.

2. All documents previously filed in the *Bitton* Action are deemed part of the record in the Consolidated Action.

3. All other provisions of the Consolidation Order shall remain in effect.

4. The Parties shall have thirty (30) days upon acceptance of this Order to submit a proposed schedule, and Defendants are not required to respond to the complaints until the date set by the Court in ruling on the proposed schedule.

5. Nothing herein shall be construed as a waiver of any party's rights or positions in law or in equity, or as a waiver of any defense that any party has, and the Parties reserve all such rights.

Dated: February 13, 2026                    Respectfully submitted,

**BRAGAR EAGEL & SQUIRE, P.C.**

/s/ *Melissa A. Fortunato*
Melissa A. Fortunato
Marion C. Passmore
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 568-2124
Email:  fortunato@bespc.com
passmore@bespc.com

*Counsel for Plaintiff Bitton*

**THE BROWN LAW FIRM, P.C.**

/s/ *Robert C. Moest*
Robert C. Moest, Of Counsel, SBN 62166
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628

Email: RMoest@aol.com

Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Email: tbrown@thebrownlawfirm.net

*Counsel for Plaintiffs Samhita Gera and Denish Bhavsar and Co-Lead Counsel for Plaintiffs*

**RIGRODSKY LAW, P.A.**
Gina M. Serra (#361172)
1091 N. Palm Canyon Drive, Suite 9
Palm Springs, CA 92262
Telephone: (760) 406-8009
Email: gms@rl-legal.com

**RIGRODSKY LAW, P.A.**
Vincent A. Licata
Leah B. Wihtelin
225 Broadway, Suite 3707
New York, NY 10007
Telephone: (212) 201-7609
Email: vl@rl-legal.com
Email: lw@rl-legal.com

*Counsel for Plaintiff Lawrence Hollin and Co-Lead Counsel for Plaintiffs*

**ARNOLD & PORTER KAYE SCHOLER LLP**

*/s/Aaron F. Miner*
Stephanna F. Szotkowski
70 West Madison Street, Suite 4200
Chicago, IL 60602-3241
Telephone: (312) 583-2354
Email:Stephanna.szotkowski@arnoldporter.com

Aaron F. Miner
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-7123
Email: aaron.miner@arnoldporter.com

*Counsel for Defendants*

3

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED DERIVATIVE ACTION

**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.


DATED: _____          _____
                                         Hon. Eumi K. Lee